531 S.E.2d 523

**In the Matter of Dennis C. GILCHRIST, Respondent.**

Supreme Court of South Carolina.

April 25, 2000.

## ORDER

The Office of Disciplinary Counsel has filed a petition asking the Court to place respondent on interim suspension pursuant to Rule 17, RLDE, Rule 413, SCACR, because he has been charged with a serious crime and because he could pose a threat of serious harm to the public.

IT IS ORDERED that the petition is granted and respondent is suspended from the practice of law in this State until further order of this Court.

/s/ Jean H. Toal, C.J.
FOR THE COURT